IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| TYREK KEVON LONDON | Violations:  18 U.S.C. §§ 922(g)(1), 924(a)(2), and 924(d); 28 U.S.C. § 2461(c) |

**Possession of a Firearm by a Convicted Felon**

The Grand Jury Charges:

On or about March 18, 2022, in the District of North Dakota,

TYREK KEVON LONDON,

knowing that he had been previously convicted of one or more of the following crimes

punishable by imprisonment for a term exceeding one year:

Conspiracy to Deliver a Controlled Substance – Methamphetamine – 50 grams or more – Ward County – North Dakota, Case 51-2020-CR-520, on or about October 27, 2020;

did knowingly possess in and affecting commerce a firearm, that is:

- One Ruger manufactured, Model five-seven, 5.7 mm pistol, Serial Number 64370695;

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

1

FORFEITURE ALLEGATION

The Grand Jury Further Finds Probable Cause That:

Upon conviction of Count One alleged in this Indictment,

TYREK KEVON LONDON

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d),

and Title 28, United States Code, Section 2461(c), all firearms involved in the

commission of the offense, including, but not limited to, the following:

- One Ruger manufactured, Model five-seven, 5.7 mm caliber pistol, Serial Number 64370695.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Nicholas W. Chase
NICHOLAS W. CHASE
United States Attorney

JAE:sj

2