AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
### District of North Dakota

| | |
|---|---|
| United States of America <br> v. <br> Tyrek Kevon London | ) <br> ) <br> ) <br> ) Case No: 1:22-cr-087 <br> ) USM No: 08212-510 <br> ) <br> ) Molly Quinn |

Date of Original Judgment:                    09/12/2023
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Molly Quinn
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of     37                  months **is reduced to**    30 months                  .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated     09/12/2023       shall remain in effect.
**IT IS SO ORDERED.**

Order Date:              03/20/2024

Effective Date:          03/27/2024                                   Judge's signature
                         *(if different from order date)*

                                                                     Daniel L. Hovland--District Judge
                                                                     *Printed name and title*