PROB 12C
(Rev. 2/13)

# UNITED STATES DISTRICT COURT

for

## DISTRICT OF NORTH DAKOTA

## Amended Petition for Warrant or Summons for Person under Supervision

Name of Person Under Supervision: Tyrek Kevon London  Case Number:   0868 1:22CR00087

Name of Sentencing Judicial Officer:   Daniel L. Hovland, U.S. District Court Judge

Date of Original Sentence: September 12, 2023

Original Offense:       Possession of Firearm by Convicted Felon

Original Sentence:       37 months incarceration and 3 years TSR

Type of Supervision: TSR            Date Supervision Commenced: 5/2/2025

Asst. U.S. Attorney: Rick L. Volk        Defense Attorney: Jeff A. Bredahl

## PETITIONING THE COURT

☒   To issue a warrant

☐   To issue a summons

The probation officer believes that the person under supervision has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
| --- | --- |
| 1: | **On March 11, 2026, March 30, 2026, April 19, 2026, April 21, 2026, May 19, 2026, and May 20, 2026, the defendant failed to report to Centre, Inc. for random drug testing.** This is in violation of special condition #4, which states the defendant must submit to drug/alcohol screenings at the direction of the United States Probation Officer. |
| 2: | **On July 30, 2025, the defendant reported to Centre, Inc. for random drug testing. There, he tested positive for Fentanyl and denied any use. The sample was sent into the lab and confirmed positive. On February 15, 2026, the defendant reported to Centre, Inc. for random drug testing. This time, he tested positive for Oxycodone and denied use. The sample was sent into the lab and confirmed positive. This is in** |

PROB 12C
(Rev. 2/13)
London, Tyrek
0868 1:22CR00087

violation of special condition #3, which states the defendant must totally abstain from the use of alcohol and illegal drugs.

3:      **On September 5, 2025, November 5, 2025, December 14, 2025, February 17, 2026, and March 18, 2026, the defendant admitted to smoking marijuana or consuming alcohol and signed admission forms.** This is in violation of special condition #3, which states the defendant must totally abstain from the use of alcohol and illegal drugs.

4:      **On October 10, 2025, December 30, 2025, and February 15, 2026, the defendant reported to Centre, Inc. and tested positive for marijuana. The defendant denied uses and the samples were sent into the lab and confirmed positive.** This is in violation of special condition #3, which states the defendant must totally abstain from the use of alcohol and illegal drugs.

5:      **On December 14, 2025, the defendant reported to Centre, Inc., for random drug testing. At the time of his test, the defendant attempted to tamper with his urine sample by providing fake urine.** This is in violation of special condition #4, which states that tapering with the collection process or specimen may be considered the same as a positive test result.

6:      **On May 26, 2026, the defendant was arrested in Fargo, North Dakota, by Fargo Police Department. He was charged in Cass County for Unlawful possession of firearm-Violent felon (09-20236-CR-01908).** This is in violation of mandatory condition #1, which states the defendant must not commit another federal, state, or local crime.

U.S. Probation Officer Recommendation: It is respectfully recommended that a warrant be issued so the defendant can appear before the court to address the alleged violations.

☐   The term of supervision should be:

☒   Revoked.

☐   Extended for _____ years, for a total term of _____ years.

☐   The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 8, 2026

/s/ Margaret Doyle
U.S. Probation Officer

PROB 12C
(Rev. 2/13)
London, Tyrek
0868 1:22CR00087
THE COURT ORDERS:

☐ No Action.

☑ The Issuance of a Warrant/Matter Sealed Pending Arrest.

☐ The Issuance of a Summons.

☐ Other

_____
Signature of Judicial Officer

June 12, 2026
_____
Date